IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSE GUADALUPE VEGA RODRIGUEZ, | § § § | |
| Petitioner, | § § | |
| | § | No. 1:26-CV-01320-DAE |
| v. | § § | |
| VERGARA, et al., | § § | |
| Respondents. | § § | |

<u>ORDER FOR SUPPLEMENTAL BRIEFING</u>

Before the Court is Jose Guadalupe Vega Rodriguez's ("Petitioner")

Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("the Petition") (Dkt. #

1), and Federal Respondents'[1] Response (Dkt. # 6).  The Court requires more

information before it can rule on the Petition.

**IT IS THEREFORE ORDERED** that, **<u>on or before 12:00 p.m. on</u>**

**<u>Thursday, June 4, 2026</u>**, Petitioner shall file supplemental briefing with answers

to the following questions:

1. The Petition alleges that Petitioner was apprehended by
immigration authorities after a traffic stop for an alleged issue with
a front light.  (Dkt. # 1 at 3.)  However, Federal Respondents allege

---

[1] Federal Respondents include Miguel Vergara, Field Office Director, San Antonio
Field Office, Immigration and Customs Enforcement ("ICE"); Todd M. Lyons,
Director of U.S. Immigration and Customs Enforcement; Markwayne Mullin,
Secretary of the Department of Homeland Security ("DHS"); and Todd Blanche,
United States Attorney General

1

that Petitioner was apprehended by immigration authorities after he was detained for Driving While Intoxicated.  (Dkts. ## 6 at 4; 6-2 at 2.) Please provide further details for the Court on the circumstances surrounding Petitioner's apprehension by immigration authorities. Was Petitioner charged in connection with this arrest? If so, what is the status of that case?

2. Does Petitioner have any criminal convictions? If so, please provide additional information.

3. Please describe further what connections has Petitioner established with the United States, if any.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, May 28, 2026.

_____
David Alan Ezra
Senior United States District Judge

2