IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSE GUADALUPE VEGA RODRIGUEZ, | § § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | No. 1:26-CV-01320-DAE |
| | § | |
| VERGARA, *et al.*, | § | |
| *Respondents*. | § | |

<u>ORDER</u>

Before the Court is Petitioner Jose Guadalupe Vega Rodriguez's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("the Petition"). (Dkt. # 1.)

Along with his Petition, Petitioner filed several supplemental exhibits, one of which contains identifying information for minors. (<u>See</u> Dkt. # 1-4.) **IT IS THEREFORE ORDERED** that, pursuant to Federal Rule of Civil Procedure 5.2, the Clerk of Court shall **SEAL** Exhibit B to Petitioner's Petition. (Dkt. # 1-4.) Counsel is reminded for future filings that, pursuant to Rule 5.2, filings should not contain identifying information for minors, including photographs, unless filed under seal.

**IT IS SO ORDERED**.
**DATED**: Austin, Texas, May 28, 2026.

_____
David Alan Ezra
Senior United States District Judge

1